David Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
I.Q. DATA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONDRA FUJIWARA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IQ DATA INTERNATIONAL, INC.<br><br>　　　　　Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant I.Q. DATA INTERNATIONAL, INC., hereby files this notice of removal under 28 U.S.C. §1446(a).

### INTRODUCTION

1. Defendant is I.Q. DATA INTERNATIONAL, INC. ("Defendant"); Plaintiff is LEONDRA FUJIWARA ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on June 5, 2015, in the Superior Court of California, County of Contra Costa, Limited Jurisdiction, Case No. L15-01727. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

1     3.     On June 24, 2015, Defendant was served with the copy of Plaintiff's Complaint.

2     4.     As Defendant received Plaintiff's Complaint on June 24, 2015, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6. See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966.)

5.     Defendant has already filed an Answer to Plaintiff's Complaint in the Superior Court of California, County of Contra Costa on July 21, 2015, a true and correct copy of Defendant's Answer filed is attached hereto as Exhibit "B." The Defendant has not yet received a conformed copy of the Answer, and will send the conformed copy to this court as soon as it becomes available to Defendant.

## A. BASIS FOR REMOVAL

6.     Removal is proper because Plaintiff's Complaint involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996.) Specifically, Plaintiff has alleged claims that arise under 47 U.S.C. § 227 *et seq.* for alleged violations of the Telephone Consumer Protection Act ("TCPA") and 15 U.S.C. §1692, *et. seq.* of the Fair Debt Collection Practices Act ("FDCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

7.     Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

8.     Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B. JURY DEMAND

9.     Plaintiff demands a jury in the state court action. Defendant also demands a jury trial.

///

## C. CONCLUSION

10. Defendant respectfully requests removal of this action as it involves a Federal question under 47 U.S.C. § 227 *et seq.* of the TCPA and 15 U.S.C. §1692, *et. seq.* of the FDCPA.

DATED: July 21, 2015         CARLSON & MESSER LLP

By: /s/ Tamar Gabriel
    David J. Kaminski
    Tamar Gabriel
    Attorneys for Defendant,
    I.Q. DATA INTERNATIONAL, INC.

{00034994;1}                        3

NOTICE OF REMOVAL