1  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  Todd M. Friedman, Esq. (SBN: 216752)
   tfriedman@attorneysforconsumers.com
3  324 S. Beverly Dr., #725
4  Beverly Hills, CA 90212
   Telephone: (877) 206-4741
5  Facsimile: (866) 633-0228
6  Attorney for Plaintiff

7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
9
10 **LEONDRA FUJIWARA**,              ) Case No. 3:15-cv-03361-EMC
                                      )
11 Plaintiff,                         ) **NOTICE OF SETTLEMENT**
12                                    )
                                      )   ORDER RESETTING CMC
      vs.                             )
13                                    )
14 **IQ DATA INTERNATIONAL, INC.,**   )
                                      )
15 Defendant.                         )
16                                    )

17      NOW COMES THE PLAINTIFF by and through her attorney to
18 respectfully notify this Honorable Court that this case has settled. Plaintiff
19 requests that this Honorable Court vacate all pending hearing dates and allow
20 sixty (60) days with which to file dispositive documentation. A Joint Stipulation
21 of Dismissal will be forthcoming. This Court shall retain jurisdiction over this
22
23 matter until fully resolved.

24

25              Respectfully submitted this 31st day of August, 2015.
26                          By: s/Todd M. Friedman
27                              TODD M. FRIEDMAN
                                Law Offices of Todd M. Friedman, P.C.
28                              Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 31st day of August, 2015, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Edward M. Chen
United States District Court
7  Northern District of California

8

9  Tamar Gabriel
Carlson Messer LLP
10

11  David J. Kaminski
Carlson & Messer LLP
12

13

14  This 31st day of August, 2015.

15
   s/Todd M. Friedman
16  Todd M. Friedman

17

18  IT IS SO ORDERED that the CMC is reset from 11/5/15 to 12/3/15 at 9:30 a.m.
19  A joint CMC statement shall be filed by 11/25/15.  The 12/3/15 CMC will be
    vacated once a stipulation for dismissal is filed.
20  _____
    Edward M. Chen
21  U.S. District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Notice of Settlement - 2