Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONDRA FUJIWARA,** | Case No. 3:15-cv-03361-EMC |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| IQ DATA INTERNATIONAL, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 6th day of November, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/Tamar Gabriel, Esq
TAMAR GABRIEL
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 6th day of November, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Edward M. Chen
United States District Court
Northern District of California


Tamar Gabriel
Carlson Messer LLP

David J. Kaminski
Carlson & Messer LLP


This 6th day of November, 2015.
s/Todd M. Friedman
TODD M. FRIEDMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONDRA FUJIWARA,** | Case No. 3:15-cv-03361-EMC |
| Plaintiff, | **ORDER** |
| vs. | |
| **IQ DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this ___18th___ day of November, 2015.



_____
The Honorable Edward M. Chen

Order to Dismiss - 1